People v Macon (2022 NY Slip Op 50005(U))

[*1]

People v Macon (Darius)

2022 NY Slip Op 50005(U) [73 Misc 3d 148(A)]

Decided on January 7, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through January 13, 2022; it
will not be published in the printed Official Reports.

Decided on January 7, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., McShan, Silvera, JJ.

570343/17
The People of the State of
New York, Respondent,
against
Darius Macon, Defendant-Appellant.

Defendant appeals from the judgment of the Criminal Court of the City of New York, New
York County (Abraham Clott, J., at plea; Phyllis Chu, J., at sentencing), rendered May 19, 2017,
convicting him, upon a plea of guilty, of criminal trespass in the third degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Abraham Clott, J., at plea; Phyllis Chu, J., at sentencing), rendered
May 19, 2017, modified, as a matter of discretion in the interest of justice, to the extent of
vacating the mandatory surcharge and the crime victim assistance fee, and otherwise
affirmed.
The court properly revoked its promise that defendant, who originally pleaded guilty to a
class B misdemeanor, would be permitted to replead to disorderly conduct, a violation.
Defendant repeatedly violated the no arrest condition of the repleader agreement and, even when
he was afforded an extension of time to comply in consideration of his alleged mental health and
"intellectual disabilities," he again breached the repleader agreement when he was arrested twice
more (see People v Roman, 264 AD2d 678 [1999], lv denied 94 NY2d 906
[2000]). We decline defendant's invitation to vacate the conviction and dismiss the accusatory
instrument in the interest of justice (see CPL 470.15[3][c]). 
Based on our own interest of justice powers and the People's consent, we vacate the
surcharge and fees imposed at sentencing (see People v Chirinos, 190 AD3d 434
[2021]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: January 7, 2022